AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED<br>2:17-cv-07347   10/5/2017 | United States District Court - Eastern Dist. of California, Western Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| VERO SOFTWARE INC., an Alabama corporation | JUELL MACHINE COMPANY, a California corporation; RONALD STARR, an individual; and JOHN DOES 1-10 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | TX 8-2870422 | Edgecam 2012 | Planit Software Ltd. |
| 2 | TX 8-298-423 | Edgecam 2013 | Planit Software Ltd. |
| 3 | TX 8-298-419 | Edgecam 2014 | Planit Software Ltd. |
| 4 | TX 8-298-343 | Edgecam 2015 | Planit Software Ltd. |
| 5 | | See Attached for additional Copyright Reg. Nos. | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 5.  TX 8-298-339 | Edgecam 2016 | Planit Software Ltd. |
| 6.  TX 8-298-333 | Edgecam 2017 | Planit Software Ltd. |