Steven C. Vondran, Esq. (SBN 232337)
steve@vondranlegal.com
THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Phone: (877) 276-5084
Fax: (888) 551-2252

Attorney for Defendant(s): Juell Machine Company and Ronald Starr

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERO SOFTWARE, INC. an Alabama Corporation, | Case No.: 2:17-cv-07347 |
| Plaintiff, | |
| vs. | **DEFENDANT JUELL MACHINE AND RON STARR ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES** |
| JUELL MACHINE COMPANY AND RONALD STARR, an individual, and JOHN DOES 1-10 | DEMAND FOR JURY TRIAL |
| Defendants. | |

## <u>ANSWER AND AFFIRMATIVE DEFENSES</u>

COMES NOW DEFENDANTS JUELL MACHINE COMPANY AND

RONALD STARR (hereinafter "Defendant"), answering the Complaint filed by

PLAINTIFF VERO SOFTWARE. as follows.

## **NATURE OF THE ACTION**

1.        Answering paragraph 1 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

2.        Answering paragraph 1 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

3.        Deny

4.        Answering paragraph 4 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

5.        Deny

6.        Answering paragraph 6 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

7.      Answering paragraph 7 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

8.      Answering paragraph 8 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

9.      Admit

10.     Answering paragraph 10 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

## **JURISDICTION AND VENUE**

11.     Admit

12.     Admit

13.     Admit

14.     Admit

15.     Deny.

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

16.     Admit.

## **BACKGROUND FACTS**

17.     Answering paragraph 17 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

18.     Answering paragraph 18 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

19.     Answering paragraph 19 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

20.     Admit

21.     Answering paragraph 21 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

22.     Admit

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

23.       Answering paragraph 23 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

24.       Deny.  Support was not meeting anyone's needs.

25.       Answering paragraph 25 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

26.       Answering paragraph 26 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

27.       Answering paragraph 27 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

28.       Answering paragraph 28 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

29.     Answering paragraph 29 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

30.     Deny.  Support was not meeting anyone's needs.

31.     Answering paragraph 31 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

32.     Answering paragraph 32 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

33.     Answering paragraph 33 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

34.     Deny.

35.     Deny.

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

36.     Answering paragraph 36 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

37.     Answering paragraph 37 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

38.     Answering paragraph 38 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

39.     Answering paragraph 39 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

40.     Answering paragraph 40 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

41.     Answering paragraph 41 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

## JUELL'S UNLAWFUL CONDUCT

42.     Answering paragraph 42 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

43.     Answering paragraph 43 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

44.     Answering paragraph 44 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

45.     Answering paragraph 45 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

46.     Answering paragraph 46 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

47.      Answering paragraph 47 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

48.      Admit

49.      Answering paragraph 49 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

50.      Answering paragraph 50 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

51.      Answering paragraph 51 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

52.      Deny

53.      Answering paragraph 53 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

54.      Answering paragraph 54 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

55.      Answering paragraph 55 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

56.      Deny

57.      Answering paragraph 57 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

58.      Answering paragraph 58 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

59.      Deny.

60.      Deny.

61.      Deny

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

62.         Answering paragraph 62 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

63.         Deny..

64.         Admit.

65.         Answering paragraph 65 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

66.         Answering paragraph 66 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

67.         Answering paragraph 67 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

68.         Deny.

69.         Deny.

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

70.      Deny.

71.      Deny

72.      Deny.

73.      Deny.

74.      Admit.

75.      Answering paragraph 75 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

76.      Answering paragraph 76 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

77.      Answering paragraph 77 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

78.        Answering paragraph 78 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

79.        Deny.

80.        Admit.

81.        Deny

82.        Deny.

83.        Deny.

84.        Deny.

85.        Answering paragraph 85 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

## **PRAYER FOR RELIEF**

86.        Answering (SECTIONS 1-5 PRAYER FOR RELIEF), Defendant denies Plaintiff is entitled to such relief requested.

– 13 –

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

[*Failure to Mitigate Damages*]

Plaintiffs have failed to immediately act to prevent further damages.

## AFFIRMATIVE DEFENSES

### Second Affirmative Defense

[*Laches*]

Plaintiffs have unreasonably delayed in bringing this action.

## AFFIRMATIVE DEFENSES

### Third Affirmative Defense

[*Statute of Limitations*]

Plaintiffs are barred from pursuing their claims due to the statute of limitations.

## AFFIRMATIVE DEFENSES

### Fourt Affirmative Defense

[*Reservation of Rights to Add Affirmative Defenses*].

– 14 –

Having not had time to perform sufficient discovery and investigation Defendant reserves the right to assert additional defenses upon discovery of further information concerning Plaintiff's claims.

WHEREFORE, Defendant prays the Court order the following relief:

1.    For dismissal of the Plaintiffs' action with prejudice;

2.    For an order that Plaintiffs' shall take no relief from their complaint herein;

3.    For Declaratory Judgment that there was no infringement, or willful or knowing or willfully blind infringement.

3.    For an award of Defendant's costs and attorneys' fees herein incurred; and

4.     For such further and other relief and the Court deems fair and just.

5.    Defendant seeks a jury trial

RESPECTFULLY SUBMITTED

DATED: February 5, 2018


THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.


By: */s/ Steven C. Vondran*
    Steven C. Vondran, Esq. (SBN 232337)
    Attorney for Defendant
    JUELL MACHINE and RON STARR
    620 Newport Center Drive, Suite 1100
    Newport Beach, CA 92660
    Phone: (877) 276-5084
    Fax: (888) 551-2252
    steve@vondranlegal.com

– 15 –

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

# PROOF OF SERVICE

## State of California, County of Orange

The undersigned declares as follows:

I am over the age of eighteen (18) years and not a party to the within action. My business address is 620 Newport Center Drive, Suite 1100, Newport Beach, CA 92660 and I am employed by a member of the bar of this Court at whose direction this service was made.

On February 5, 2018, I served the foregoing:

**DEFENDANT JUELL MACHINE COMPANY AND RONALD STARR ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES**

*by placing a true copy thereof enclosed in a sealed envelope addressed as follows:*

## "SEE ATTACHED SERVICE LIST BELOW"

<u>XX</u>    I placed such envelope with postage thereon fully prepaid in the United States at Newport Beach, California;

<u>XX</u>   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing within the United States Postal Service.  Under that practice, the correspondence would be deposited with the U.S. Postal service on that same day this declaration was executed in the ordinary course of business.  Under that practice, the envelope(s) was (were) sealed and with postage thereon fully prepaid placed for collection and mailing on this date in the United States Mail at Newport Beach, California.

<u>____</u>    I sent such document(s) by **OVERNIGHT COURIER** Express.

<u>XX</u>   I sent such document(s) by **EMAIL TRANSMISSION**.  I caused the above-referenced document(s) to be transmitted by email to its intended recipient(s) at the following email addresses below.

– 16 –

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

XX_   I filed such documents with the online Court ECF system to all registered users..

**SERVICE LIST**

Honorable Andre Birott Jr.

United States District Courthouse

350 West First Street

Los Angeles, CA  90012

Courtroom 7B


LEE & HAYES

601 W. Riverside Ave., Suite 1400

Spokane, Washington 99201

Att: George H. Brunt, Esq.

GeorgeB@leehayes.com



**CHAMBER COPY**


XX   I filed the above described document(s) electronically through the Court's ECF filing system to all registered users.

XX   I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the above is true and correct to the best of my knowledge.

XX   I declare that I am employed, or volunteer in the office of the member of the bar of the court at whose direction the service was made.

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

Executed on February 5, 2018, at Newport Beach, California.

By:   */s/*   *Lisa Vondran* _____

Lisa Vondran, Assistant

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES